# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAUL CRUZ RIVERA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1437-Orl-31KRS**

**D.D.A. CORPORATION d/b/a Coastal Mitsubishi/Coastal Hyundai,**

        **Defendant.**

_____

## ORDER

Upon consideration of the Notice of Voluntary Dismissal (Doc. 7) filed by Plaintiff, it is

**ORDERED** that the document is stricken from the record. An FLSA settlement cannot be consummated by the simple filing of a voluntary dismissal. Settlement agreements need to be approved by the Court. If Plaintiff is abandoning his claim, he needs to file a motion to dismiss with supporting memorandum.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 7, 2006.

                                              GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party